IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | | |
|---|---|---|
| CHARLES TRUSSEL,<br>INSTITUTIONAL ID No. 02339671 | §<br>§<br>§ | |
| Plaintiff, | §<br>§ | |
| v. | §<br>§ | Civil Action No. 1:23-CV-00159-BU |
| LAURA FRANCO, *et al.*, | §<br>§ | |
| Defendant. | §<br>§<br>§<br>§ | |

## JUDGMENT

In accordance with the Order issued this same day, it is the judgment of this Court that Plaintiff Charles Trussell's Complaint, and all claims alleged therein, is DISMISSED with prejudice under 28 U.S.C. §§ 1915(e)(2) and 1915A(b) as frivolous and/or for failure to state a claim on which relief may be granted.

ORDERED this 16th day of February, 2024.



_____
JOHN R. PARKER
UNITED STATES MAGISTRATE JUDGE

1